**THOMPSON COBURN LLP**
**SAMUEL R. WATKINS, CSB 272162**
swatkins@thompsoncoburn.com
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Attorneys for Plaintiffs
COACH, INC. and COACH SERVICES, INC.

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COACH, INC., a Maryland corporation; and COACH SERVICES, INC., a Maryland corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JUN ZHAN, an individual; and SOUTH PACIFIC & CHINA SUPPLY, INC., a California corporation,<br><br>Defendants. | Case No. 2:16-cv-05462 JFW (AFMx)<br><br>**CONSENT JUDGMENT AGAINST DEFENDANT JUN ZHAN** |

## CONSENT JUDGMENT

Plaintiffs Coach, Inc. and Coach Services, Inc. ("Coach" or "Plaintiff"), and Defendant Jun Zhan ("Defendant"), having settled this action on terms agreeable to all parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Judgment is hereby entered against Defendant in the amount of $2,000,000.00 in statutory damages under the Lanham Act, 15 U.S.C. § 1117(c), in accordance with the terms of the Settlement Agreement and Release entered into by the parties.

2. The parties shall bear their own costs and attorneys' fees.

6688450.2

3. This Consent Judgment constitutes a Final Judgment pursuant to Federal Rule of Civil Procedure 58.

DATED: March 6, 2018

                                                Honorable John F. Walter
                                                UNITED STATES DISTRICT JUDGE

CONSENTED TO:

DATED: January 24, 2018        **THOMPSON COBURN LLP**

By:       /s/
     **SAMUEL R. WATKINS**
     Attorneys for Plaintiffs COACH, INC. and COACH SERVICES, INC.

DATED: January 24, 2018        **LAW OFFICES OF SCOTT WARMUTH, A PC**

By.       /s/
     **G. SETH MITCHELL**
     Attorneys for Defendant JUN ZHAN